UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE M. LeJEUNE | CIVIL ACTION |
| VERSUS | NUMBER: |
| U.S. SPECIALTY INSURANCE COMPANY, WEST ESPLANADE CAUSEWAY ASSOCIATES LLC, AND BROADWALL MANAGEMENT CORP. | SECTION: |
| | DIVISION: |

**COMPLAINT FOR DAMAGES**

TO THE HONORABLE, THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, AND THE JUDGES THEREOF:

The complaint of Anne M. LeJeune, a person of the full age of majority, with respect represents that:

**I.**

Plaintiff, Anne M. LeJeune, is a resident of and domiciled in Ponchatoula, Tangipahoa Parish, Louisiana.

**II.**

Made defendants herein are:

    a.    U.S. Specialty Insurance Company, a foreign insurance company authorized to do and doing business in Louisiana and within the jurisdiction of this Honorable Court.

    b.    West Esplanade Causeway Associates LLC, a limited liability company organized under the laws of a state other than Louisiana with its principal place of business in New York, New York, and at all times pertinent hereto, it was authorized to do and doing business in Louisiana and within the jurisdiction of this Honorable Court.

    c.    Broadwall Management Corp., a corporation organized under the laws of a state other than Louisiana with its principal place of business located in New York, New York, and at all times pertinent hereto, it was authorized to do and/or doing business in Louisiana and within the jurisdiction of this Honorable Court.

1

### III.

On or about February 4, 2013 at approximately 5:00 p.m., after plaintiff exited Causeway Plaza I, a building located at 3510 North Causeway Boulevard, Jefferson Parish, Louisiana and within the jurisdiction of this Honorable Court, and as she was proceeding on a walkway leading to the building's parking garage, she was caused to slip and fall on the defective, unsafe and unreasonably dangerous surface of the walkway which was extremely slippery from rainwater.

### IV.

At all times pertinent hereto, Causeway Plaza I, including the walkway on which plaintiff was caused to fall, was owned, operated, managed, controlled, maintained, leased, and/or in the custody of defendants, West Esplanade Causeway Associates LLC and/or Broadwall Management Corp.

### V.

As a result of the foregoing, plaintiff sustained severe, painful and disabling injuries including, but not limited to, a comminuted non-angulated fracture through the distal shaft of the right fibula and back injuries; she has suffered severe physical pain, keen mental anguish and emotional distress; she has required medical and hospital care and treatment, including surgery consisting of an open reduction internal fixation of the fracture with the use of a plate and screws, for her injuries and the serious residuals thereof; she has been disabled from working and she has been handicapped in her everyday activities; she has lost sums of money she otherwise would have earned and she will continue to have earnings loss and/or a diminished earning capacity in the future; she has incurred medical, hospital, therapy, medication and related expenses and she will continue to incur such expenses in the future; she has sustained residual and permanent disabilities and impairments, both physical and mental; she has suffered a loss of enjoyment of life and extreme nervousness, depression and anxiety; she will require additional

medical and hospital care and treatment, including a second surgical procedure, in the future; all for which plaintiff is entitled to recover damages from defendants in all amounts reasonable under the premises.

### VI.

The aforesaid incident and injuries and damages to plaintiff resulting therefrom were legally and proximately caused by the fault, including negligence, of defendants, West Esplanade Causeway Associates LLC and/or Broadwall Management Corp., and their officers, agents, employees, and those for whom they are legally responsible.

### VII.

Defendants, West Esplanade Causeway Associates LLC and/or Broadwall Management Corp., are also liable to plaintiff for her injuries and damages pursuant to Article 2317 of the Louisiana Civil Code because, upon information and belief, at all times pertinent hereto these defendants had custody and/or control of the aforesaid Causeway Plaza I, including the walkway on which plaintiff was caused to slip and fall, plaintiff's damages were caused by a defect and unreasonably dangerous condition in the walkway, defendants knew or, in the exercise of reasonable care, should have known of the defect and unreasonably dangerous condition of the walkway which caused the damages to plaintiff, plaintiff's damages could have been prevented by the exercise of reasonable care, and defendants failed to exercise such reasonable care.

### VIII.

At all times pertinent hereto, defendant, U.S. Specialty Insurance Company, had in effect a policy or policies of insurance providing liability insurance coverage on defendants, West Esplanade Causeway Associates LLC and/or Broadwall Management Corp., and on Causeway Plaza I, including the walkway on which plaintiff was injured, and this insurance coverage was applicable to the matters, persons, things, entities, acts, and omissions involved in this lawsuit

and, as such, U.S. Specialty Insurance Company is being sued directly pursuant to Louisiana Revised Statutes, Title 22, Section 655.

## IX.

Plaintiff asserts her claims against defendants under the laws of Louisiana and under any other state or federal statute which may be applicable.

## X.

Jurisdiction of this matter is based upon diversity of citizenship, 28 U.S.C. §1332, and the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

**WHEREFORE**, plaintiff, Anne M. LeJeune, prays that defendants, U.S. Specialty Insurance Company, West Esplanade Causeway Associates LLC, and Broadwall Management Corp., be served with a copy of this Complaint for Damages and that, after due proceedings are had, plaintiff prays for judgment in her favor and against defendants, U.S. Specialty Insurance Company, West Esplanade Causeway Associates LLC, and Broadwall Management Corp., jointly, severally, and *in solido*, for all amounts reasonable under the premises, such sums with legal interest thereon from date of judicial demand, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY: *s/ Irving J. Warshauer*
    **IRVING J. WARSHAUER**
    **BAR NO. 13252**
    2800 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-2800
    Telephone:  (504) 522-2304
    Facsimile:  (504) 528-9973
    E-mail:  iwarshauer@gainsben.com

    Attorneys For Plaintiff, Anne M. LeJeune

**PLEASE SERVE:**

**U.S. Specialty Insurance Company**
Through the Honorable Secretary of State
State of Louisiana
Baton Rouge, Louisiana

**West Esplanade Causeway Associates LLC**
Through its registered agent for service of process:
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

**Broadwall Management Corp.**
Pursuant to the Louisiana Long Arm Statute:
Through its officer and/or any employee:
Jeffrey J. Feil
370 7th Avenue
New York, New York 10001