# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNE M. LeJEUNE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 13-5813 |
| | * | |
| U.S. SPECIALTY INSURANCE COMPANY, WEST ESPLANADE CAUSEWAY ASSOCIATES, LLC AND BROADWALL MANAGEMENT CORP. | * * * * | SECTION: K  DIVISION: 4 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Final Motion for Dismissal with Prejudice,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered cause be and the same is hereby dismissed, with full prejudice, each party to bear her or its own costs.

**JUDGMENT READ, RENDERED AND SIGNED** at New Orleans, Louisiana, on this  2nd  day of        October       , 2014.

_____
JUDGE